1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                      UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 MIRSAD HAJRO,                              )
                                              )  No. C 10-1772 MEJ
13              Plaintiff,                    )
                                              )
14         v.                                 )  **PARTIES' JOINT REQUEST TO BE**
                                              )  **EXEMPT FROM FORMAL ADR**
15 ROBIN BARRETT, San Francisco Field Office  )  **PROCESS**
   Director; United States Citizenship and    )
16 Immigration Services,                      )
                                              )
17              Defendants.                   )
   _____     )

18     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

19 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

20 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

21 options provided by the court and private entities, and considered whether this case might benefit

22 from any of them.

23     Here, the parties agree that referral to a formal ADR process will not be beneficial because this

24 action is limited to Plaintiff's request that this Court review USCIS' denial of his application for

25 naturalization.  Given the substance of the action and the lack of any potential middle ground,

26 ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

27     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

28 ADR Multi-Option Program and that they be excused from participating in the ADR phone

Joint Request to be Exempt from ADR
C 10-1772 MEJ

1  conference and any further formal ADR process.

2  Date: July 14, 2010                                      Respectfully submitted,

3                                                           JOSEPH P. RUSSONIELLO
                                                            United States Attorney
4

5                                                                    /s/
                                                            ILA C. DEISS
6                                                           Assistant United States Attorney
                                                            Attorneys for Defendants
7

8

9  Dated: July 13, 2010                                              /s/
                                                            KIP EVAN STEINBERG
10                                                          Attorney for Plaintiff

11

12                                    **ORDER**

13         Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the

14  ADR Multi-Option Program and are excused from participating in the ADR phone conference and

15  any further formal ADR process.

16         **SO ORDERED.**

17  Dated: July 16, 2010
                                                            _____
18                                                          MARIA-ELENA JAMES
                                                            United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

Joint Request to be Exempt from ADR
C 10-1772 MEJ