Kip Evan Steinberg (SBN 096084)
LAW OFFICE OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

**Attorney for Plaintiff Mirsad Hajro**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mirsad Hajro,<br><br>          Plaintiff,<br><br>     v.<br><br><br><br>Robin Barrett,<br>San Francisco Field Office Director;<br>USCIS<br><br>          Defendants | No.  C 10-01772 MEJ<br><br><br><br><br><br>JOINT STATEMENT |

The parties submit this joint statement in response to the notice from the Court re availability of assigned magistrate judge.    The parties wish to continue the hearing until such time as Magistrate Judge James is available to hear the matter.

//

//

//

Hajro v. Barrett (No C 10-1772 MEJ)
Joint Statement

| | | |
|---|---|---|
| 1 | Dated: December 10, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | _____/s/_____ |
| 4 | | KIP EVAN STEINBERG<br>Attorney for Plaintiffs |
| 5 | | |
| 6 | Dated: December 10, 2010 | MELINDA HAAG<br>United States Attorney |
| 7 | | |
| 8 | | _____/s/_____ |
| 9 | | ILA C. Deiss<br>Assistant United States Attorney<br>Attorneys for Defendants |

The matter shall be rescheduled upon the undersigned's return.

Dated: December 13, 2010

*[Seal: United States District Court, Northern District of California — Judge Maria-Elena James]*

Hajro v. Barrett (No C 10-1772 MEJ)
Joint Statement                          -2-