1 | MELINDA HAAG, CSBN 132612
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11
MIRSAD HAJRO,                                 )
12                                             )  No. C 10-1772 MEJ
                    Plaintiff,                 )
13                                             )
            v.                                 )  **PARTIES' REQUEST FOR CASE**
14                                             )  **MANAGEMENT CONFERENCE and**
ROBIN BARRETT, San Francisco Field Office     )  [PROPOSED] **ORDER**
15 | Director; United States Citizenship and   )
Immigration Services,                          )
16                                             )
                    Defendants.                )
17 _____ )

18

19 ///

20 ///

21 ///

22

Request for Case Management Conference
C 10-1772 MEJ                              1

The parties in the above-titled action hereby request for a Case Management Conference in light of the Court's May 27, 2011 Order denying Defendants' Motion for Summary Judgment. The parties propose **July 14, 2011** for the Case Management Conference.

Date: June 29, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: June 29, 2011

/s/
KIP EVAN STEINBERG
Attorney for Plaintiff

Based on the foregoing, the case management conference is schedule for **July 14, 2011** at 10:00 a.m., with a joint case management statement seven (7) days prior.

Date: June 29, 2011

MARIA ELENA JAMES
Chief United States Magistrate Judge

Request for Case Management Conference
C 10-1772 MEJ                    2