UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MIRSAD HAJRO,<br><br>            Plaintiff,<br>  v.<br>ROBIN BARRETT,<br><br>            Defendant.<br>_____/ | No. C 10-01772 MEJ<br><br>**ORDER RESETTING TRIAL DATE** |

This case is currently set for trial before the Court on October 25, 2011.

**IT IS HEREBY ORDERED** that the trial is **RE-SET** for November 2, 2011, at 9:30 a.m. in Courtroom B.

The September 23, 2011 deadline for the parties' trial briefs and proposed findings of fact and conclusions of law described in ¶¶ 4-5 of the Court's July 11, 2011 Case Management Order is **CONTINUED** to September 30, 2011.

All other hearing dates and filing deadlines, including the October 20, 2011 Final Pretrial Conference, remain unchanged.

**IT IS SO ORDERED.**

Dated: September 23, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge