MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7124 (Deiss)
    Telephone:  (415) 436-6730 (Proctor)
    FAX:        (415) 436-7169
    E-mail:     ila.deiss@usdoj.gov
    E-mail:     melanie.proctor@usdoj.gov

Attorneys for Defendants

KIP EVAN STEINBERG, CSBN 96084
ERIC W. RATHHAUS, CSBN 172991

    Law Offices of Kip Evan Steinberg
    Courthouse Square
    1000 Fourth Street, Suite 600
    San Rafael, California 94901
    Telephone:  (415) 453-2855
    FAX:        (415) 456-1921
    E-mail:     kip@steinberg-immigration-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRSAD HAJRO, | No. C 10-1772 MEJ |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING SCHEDULE** |
| v. | Motion Date: August 16, 2012 |
| ROBIN BARRETT, San Francisco Field Office Director; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | Time: 10:00 a.m.<br>Ctrm: B |
| Defendants | |

STIPULATION TO EXTEND BRIEFING SCHEDULE
No. C 10-1772 MEJ

On June 18, 2012, Plaintiff moved for attorney fees under the Equal Access to Justice Act (EAJA). Pursuant to Civ. LR 7-3(a), Defendants' opposition is due July 2, 2012. However, opposing counsel Ila Deiss is currently unavailable. Accordingly, to allow Defendants time to fully consider Plaintiff's motion, the parties hereby stipulate to the following briefing schedule:

Defendants' Opposition:   July 19, 2012

Plaintiff's Reply:   July 26, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

Date: June 19, 2012

/s/
MELANIE L. PROCTOR [1]
ILA C. DEISS
Assistant United States Attorneys
Attorneys for Defendants

Date: June 19, 2012

/s/
KIP EVAN STEINBERG
ERIC W. RATHHAUS
Attorneys for Plaintiff

## ~~PROPOSED~~ ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated: June 22, 2012

MARIA-ELENA JAMES
Chief Magistrate Judge



---

[1] I, Melanie L. Proctor, hereby attest that I gained the concurrence in the filing of this document of all parties whose signatures are indicated by a "conformed" signature (/s/).