1 | Kip Evan Steinberg (CSBN 096084)
LAW OFFICE OF KIP EVAN STEINBERG
2 | Courthouse Square
1000 Fourth Street, Suite 600
3 | San Rafael, CA 94901
Telephone: 415-453-2855
4 | Facsimile: 415-456-1921
kip@steinberg-immigration-law.com
5
6 | Attorney for Plaintiff Mirsad Hajro
7 | MELINDA HAAG, CSBN 132612
United States Attorney
8 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
9 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
10 | MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorneys
11
    450 Golden Gate Avenue, Box 36055
12 |     San Francisco, California 94102
    Telephone:   (415) 436-7124 (Deiss)
13 |     Telephone:   (415) 436-6730 (Proctor)
    FAX:         (415) 436-7169
14 |     E-mail:      ila.deiss@usdoj.gov
    E-mail:      melanie.proctor@usdoj.gov
15
Attorneys for Defendants
16
UNITED STATES DISTRICT COURT
17
FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
SAN FRANCISCO DIVISION
19
20 | Mirsad Hajro                          )
                                            )
21 |           Plaintiff,         )  **No. C 10-01772 MEJ**
v.                             )
22 |                                      )  **JOINT STIPULATION**
                                     )  **TO EXTEND BRIEFING**
23 |                                      )  **SCHEDULE**
Robin Barrett,                     )
24 | San Francisco Field Office Director;  )  Motion Date: August 16, 2012
USCIS                                )  Time:        10:00 a.m.
25 |                                      )  Courtroom    B
         Defendants               )
26 | _____)
27
Stipulation To Extend Briefing Schedule
28 | No. C 10-1772 MEJ

1  On June 18, 2012 Plaintiff moved for attorneys fees under the Equal Access to Justice Act.
2  Defendants filed their Opposition on July 19, 2012. Pursuant to a prior stipulation of the parties
3  (Document 64) Plaintiff's Reply is due on July 26, 2012. The parties are currently meeting and
4  conferring pursuant to Civil Local Rule 54-5. In order to allow the parties more time to meet and
5  confer, the parties hereby stipulate to extend Plaintiff's Reply due date to August 2, 2012.

Respectfully submitted,

Date: July 24, 2012

_____/s/_____
KIP EVAN STEINBERG
Attorney for Plaintiff

Date: July 24, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
ILA C. DEISS
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

**PROPOSED ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED

Dated:   July 26, 2012

_____
MARIA ELENA JAMES
Chief Magistrate Judge

Stipulation To Extend Briefing Schedule
No. C 10-1772 MEJ                              -2-