Kip Evan Steinberg (CSBN 096084)
LAW OFFICE OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

Attorney for Plaintiff Mirsad Hajro

MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7124 (Deiss)
    Telephone:  (415) 436-6730 (Proctor)
    FAX:        (415) 436-7169
    E-mail:     ila.deiss@usdoj.gov
    E-mail:     melanie.proctor@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mirsad Hajro<br><br>       Plaintiff,<br>  v.<br><br><br><br>Robin Barrett,<br>San Francisco Field Office Director;<br>USCIS<br><br>       Defendants | No. C 10-01772 MEJ<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>Motion Date: August 16, 2012<br>Time:   10:00 a.m.<br>Courtroom   B |

Stipulation To Extend Briefing Schedule
No. C 10-1772 MEJ

1  On June 18, 2012 Plaintiff moved for attorneys fees under the Equal Access to Justice Act.
2  Defendants filed their Opposition on July 19, 2012.  Pursuant to a prior stipulation of the parties
3  (Document 64) Plaintiff's Reply is due on July 26, 2012.  The parties are currently meeting and
4  conferring pursuant to Civil Local Rule 54-5.  In order to allow the parties more time to meet and
5  confer, the parties hereby stipulate to extend Plaintiff's Reply due date to August 2, 2012.

Respectfully submitted,

Date: July 24, 2012

_____/s/_____
KIP EVAN STEINBERG
Attorney for Plaintiff

Date: July 24, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
ILA C. DEISS
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

**PROPOSED ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED

Dated:   July 26, 2012

_____
MARIA ELENA JAMES
Chief Magistrate Judge

Stipulation To Extend Briefing Schedule
No. C 10-1772 MEJ                                   -2-