1  Kip Evan Steinberg (CSBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  Attorney for Plaintiff Mirsad Hajro

7  MELINDA HAAG, CSBN 132612
   United States Attorney
8  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
9  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
10 MELANIE L. PROCTOR, CSBN 228971
   Assistant United States Attorneys
11
           450 Golden Gate Avenue, Box 36055
12         San Francisco, California 94102
           Telephone:    (415) 436-7124 (Deiss)
13         Telephone:    (415) 436-6730 (Proctor)
           FAX:          (415) 436-7169
14         E-mail:       ila.deiss@usdoj.gov
           E-mail:       melanie.proctor@usdoj.gov
15
   Attorneys for Defendants
16
                       UNITED STATES DISTRICT COURT
17
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
                              SAN FRANCISCO DIVISION
19

20 Mirsad Hajro                                  )
                                                 )
21            Plaintiff,                         )  **No.  C 10-01772 MEJ**
       v.                                        )
22                                               ) **JOINT SECOND STIPULATION**
                                                 ) **TO EXTEND BRIEFING**
23                                               ) **SCHEDULE**
   Robin Barrett,                                )
24 San Francisco Field Office Director;          ) Motion Date: September 20, 2012
   USCIS                                         ) Time:        10:00 a.m.
25                                               ) Courtroom    B
              Defendants                         )
26 _____ )

27
   Second Stipulation To Extend Briefing Schedule
28 No. C 10-1772 MEJ

On June 18, 2012 Plaintiff moved for attorneys fees under the Equal Access to Justice Act. Defendants filed their Opposition on July 19, 2012. Pursuant to a prior stipulation of the parties (Document 68) Plaintiff's Reply is due on August 2, 2012. The parties are currently meeting and conferring pursuant to Civil Local Rule 54-5. In order to allow the parties more time to meet and confer, the parties hereby stipulate to extend Plaintiff's Reply due date to August 9, 2012.

Respectfully submitted,

Date: July 31, 2012

_____/s/_____
KIP EVAN STEINBERG
Attorney for Plaintiff

Date: July 31, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
ILA C. DEISS
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

~~PROPOSED~~ ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED

Dated: August 1, 2012

_____
MARIA ELENA JAMES
Chief Magistrate Judge

Second Stipulation To Extend Briefing Schedule
No. C 10-1772 MEJ                    -2-