1  Kip Evan Steinberg (CSBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com

6  Attorney for Plaintiff Mirsad Hajro

7  MELINDA HAAG, CSBN 132612
   United States Attorney
8  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
9  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
10 MELANIE L. PROCTOR, CSBN 228971
   Assistant United States Attorneys

12      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
13      Telephone:   (415) 436-7124 (Deiss)
        Telephone:   (415) 436-6730 (Proctor)
14      FAX:         (415) 436-7169
        E-mail:      ila.deiss@usdoj.gov
15      E-mail:      melanie.proctor@usdoj.gov

16 Attorneys for Defendants

                   UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| | |
|---|---|
| Mirsad Hajro | ) |
|  | ) |
|          Plaintiff, | )  **No.  C 10-01772 MEJ** |
|     v. | ) |
|  | )**JOINT SECOND STIPULATION** |
|  | )**TO EXTEND BRIEFING** |
|  | )**SCHEDULE** |
| Robin Barrett, | ) |
| San Francisco Field Office Director; | ) Motion Date: September 20, 2012 |
| USCIS | ) Time:        10:00 a.m. |
|  | ) Courtroom    B |
|          Defendants | ) |
|  | ) |

Second Stipulation To Extend Briefing Schedule
No. C 10-1772 MEJ

On June 18, 2012 Plaintiff moved for attorneys fees under the Equal Access to Justice Act. Defendants filed their Opposition on July 19, 2012. Pursuant to a prior stipulation of the parties (Document 68) Plaintiff's Reply is due on August 2, 2012. The parties are currently meeting and conferring pursuant to Civil Local Rule 54-5. In order to allow the parties more time to meet and confer, the parties hereby stipulate to extend Plaintiff's Reply due date to August 9, 2012.

Respectfully submitted,

Date: July 31, 2012

_____/s/_____
KIP EVAN STEINBERG
Attorney for Plaintiff

Date: July 31, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
ILA C. DEISS
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

~~PROPOSED~~ ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED

Dated:   August 1, 2012

_____
MARIA ELENA JAMES
Chief Magistrate Judge

Second Stipulation To Extend Briefing Schedule
No. C 10-1772 MEJ                                   -2-